Certificate Number: 13983-ILN-DE-035003682

Bankruptcy Case Number: 20-17863



13983-ILN-DE-035003682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2020, at 5:23 o'clock PM CDT, Patricia Williams completed a course on personal financial management given by internet by David M. Siegel & Associates, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   October 20, 2020                By:   /s/David M Siegel

                                         Name:  David M Siegel

                                         Title:  Owner